UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KOREY LEE HAMPTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2782** |
| **UNIDENTIFIED PARTIES** | **SECTION: "B" (4)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Korey Lee Hampton's 42 U.S.C. § 1983 complaint against unidentified defendants is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 20th day of June, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE